David S. Casey, Jr., SBN 060767
*dcasey@cglaw.com*
Gayle M. Blatt, SBN 122048
*gmb@cglaw.com*
Jeremy Robinson, SBN 188325
*jrobinson@cglaw.com*
P. Camille Guerra, SBN 326546
*camille@cglaw.com*
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Tel.: 619.238.1811; Fax: 619.544.9232

Attorneys for Plaintiff
TY ELLINGTON, and a class of others similarly situated

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION (RIVERSIDE)

| | |
|---|---|
| TY ELLINGTON, on behalf of himself and a class of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ECLIPSE RECREATIONAL VEHICLES INC., a California corporation, and LIPPERT COMPONENTS, INC., a Delaware corporation, <br><br> Defendants. | Case No.: 5:20-cv-00800 JWH (SPx) <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41(a)(1)(A)(ii)** <br><br> Action Filed:  April 15, 2020 <br><br> Judge:         Hon. John W. Holcomb |

1

**JOINT STIPULATION FOR DISMISSAL**

## STIPULATION

Pursuant to Fed. R. CIV. P. 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED by and between Plaintiff Ty Ellington and Defendants Eclipse Recreational Vehicles, Inc. and Lippert Components, Inc. that this action be dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members. Each party to bear their own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of the parties.

"Because no class has been certified in this case, Rule 23 does not mandate either Court approval of the instant settlement or notice to putative class members." *Lee v. CVS Pharmacy, Inc.*, No. 320CV01923BENDEB, 2021 WL 308283, at *2 (S.D. Cal. Jan. 28, 2021) (alterations and quotations omitted). Instead, "when no class has been certified, voluntary dismissal of a putative class action is governed not by Rule 23 but by Rule 41." *Adams v. USAA Cas. Ins. Co.*, 22 863 F.3d 1069, 1082-83 (8th Cir. 2017) (collecting cases). Thus, pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), the Parties hereby stipulate and jointly move the Court for dismissal of this entire action **with prejudice** as to Plaintiff's individual claims, and **without prejudice** as to the claims of the absent putative class members.

IT IS SO STIPULATED.

DATED: August 3, 2023      CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP

By: */s/ Gayle M. Blatt*
Gayle M. Blatt
Attorneys for Plaintiff
Ty Ellington

2
**JOINT STIPULATION FOR DISMISSAL**

| | | |
|---|---|---|
| DATED: August 3, 2023 | BAUTE CROCHETIERE & HARTLEY LLP | |
| | By: */s/ Bryan D. Roth* | |
| | Bryan D. Roth | |
| | Attorneys for Defendant | |
| | ECLIPSE RECREATIONAL VEHICLES, INC. | |
| DATED: August 3, 2023 | BARNES & THORNBURG LLP | |
| | By: */s/ Eric S. Fisher* | |
| | Eric S. Fisher | |
| | Attorneys for Defendant | |
| | LIPPERT COMPONENTS, INC. | |

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Michael J. Morphew, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 3, 2023         /s/ *Michael J. Morphew*
                              Michael J. Morphew, SBN 304463

4

**JOINT STIPULATION FOR DISMISSAL**